No. 74–6663.   SWANSON *v.* ESTELLE, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 74–6664.   LATHAM *v.* NEW YORK; and

No. 74–6669.   TALLEY *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 74–6665.   TUBBS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 74–6668.   CLEMONS *v.* KUBENA ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 74–6671.   JOHNSON *v.* HENDERSON, WARDEN. Sup. Ct. La.   Certiorari denied.

No. 74–6672.   SHANNON *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 74–6674.   GAZAL *v.* UNITED STATES;

No. 74–6683.   CONTI ET AL. *v.* UNITED STATES; and

No. 74–6686.   JOSEPH *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.   Reported below: 515 F. 2d 29 and 49.

No. 74–6675.   ARMOUR *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 74–6676.   ROYNICA *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 74–6677.   STEBBINS *v.* D. C. TRANSIT SYSTEM, INC., ET AL.   Ct. App. D. C.   Certiorari denied.

No. 74–6678.   WILLIAMS *v.* NEW YORK.   Sup. Ct. N. Y., Kings County.   Certiorari denied.

No. 74–6680.   GOODMAN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.